B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Color Spectrum Network, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**02-0646680** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**180 N. Glendora Avenue**<br>**Suite 203**<br>**Glendora, CA**                                  ZIP Code **91741** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **1060 Triad Court**<br>**Marietta, GA 30062** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Color Spectrum Network, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Color Spectrum Network, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Andrew Goodman**
Signature of Attorney for Debtor(s)

**Andrew Goodman 115685**
Printed Name of Attorney for Debtor(s)

**GOODMAN FAITH, LLP**
Firm Name

**21550 Oxnard Street
Suite 830
Woodland Hills, CA 91367**

Address

**818-887-2500  Fax: 818-887-2501**
Telephone Number

**July 29, 2011            115685**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Gilbert Bonilla**
Signature of Authorized Individual

**Gilbert Bonilla**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 29, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Andrew Goodman, SBN 115685
GOODMAN FAITH, LLP
21550 Oxnard Street
Suite 830
Woodland Hills, CA 91367
818-887-2500 Fax: 818-887-2501
115685

☒ Attorney for DEBTOR

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re

Color Spectrum Network, Inc.
                                                            Debtor(s).

CASE NO
CHAPTER: 11
ADV. NO

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists            Date Filed:
☒ Amendments to the petition, statement of affairs, schedules or lists  Date Filed:
☐ Other:                                                        Date Filed:

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/" followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_/s/ signature_                                                July 14, 2011
Signature of Authorized Signatory of Filing Party                Date

Gilberg Bonilla
Printed Name of Authorized Signatory of Filing Party

President
Title of Authorized Signatory of Filing Party

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/" followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/" followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/" followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_/s/ signature_                                                July 14, 2011
Signature of Attorney for Filing Party                           Date

Andrew Goodman 115685
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Color Spectrum Network, Inc.**       Case No.
                              Debtor(s)       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Aetna**<br>**Post Office Box 0854**<br>**Carol Stream, IL 60132** | **Aetna**<br>**Post Office Box 0854**<br>**Carol Stream, IL 60132** | **Insurance** | | **26,703.00** |
| **American Printing Ink**<br>**Post Office Box 1085**<br>**Hixson, TN 37343** | **American Printing Ink**<br>**Post Office Box 1085**<br>**Hixson, TN 37343** | **Trade Debt - Ink** | | **54,484.16** |
| **Atlas Die, LLC**<br>**6037 Collection Center Drive**<br>**Chicago, IL 60693** | **Atlas Die, LLC**<br>**6037 Collection Center Drive**<br>**Chicago, IL 60693** | **Trade Debt - die cuts** | | **15,200.00** |
| **City of Marietta Tax Department**<br>**Post Office Box 609**<br>**Marietta, GA 30061** | **City of Marietta Tax Department**<br>**Post Office Box 609**<br>**Marietta, GA 30061** | **Property Taxes** | | **96,847.84** |
| **Coatings & Adhesives Corporation**<br>**Post Office Box 1080**<br>**Leland, NC 28451** | **Coatings & Adhesives Corporation**<br>**Post Office Box 1080**<br>**Leland, NC 28451** | **Trade Debt - coatings for ink** | | **38,368.31** |
| **Cobb County Tax Commissioner**<br>**Post Office Box 100127**<br>**Marietta, GA 30061** | **Cobb County Tax Commissioner**<br>**Post Office Box 100127**<br>**Marietta, GA 30061** | **Unsecured Property Taxes** | | **117,791.24** |
| **Fujifilm Graphic Systems**<br>**Depr AT 952142**<br>**Atlanta, GA 31192** | **Fujifilm Graphic Systems**<br>**Depr AT 952142**<br>**Atlanta, GA 31192** | **Trade Debt - printing supplies** | | **39,223.56** |
| **Impact Alliance**<br>**210 Curie Drive**<br>**Alpharetta, GA 30005** | **Impact Alliance**<br>**210 Curie Drive**<br>**Alpharetta, GA 30005** | **Trade Debt - dies** | | **22,998.76** |
| **Landsberg**<br>**Post Office Box 201813**<br>**Dallas, TX 75320** | **Landsberg**<br>**Post Office Box 201813**<br>**Dallas, TX 75320** | **Trade Debt - cartons and shipping supplies** | | **11,626.45** |
| **Lindenmeyer Munroe**<br>**Post Office Box 32201**<br>**Hartford, CT 06150** | **Lindenmeyer Munroe**<br>**Post Office Box 32201**<br>**Hartford, CT 06150** | **Trade Debt -paper goods** | | **12,190.51** |
| **LIT Industrial Limited Partnership**<br>**Post Office Box 6108**<br>**Hicksville, NY 11802** | **LIT Industrial Limited Partnership**<br>**Post Office Box 6108**<br>**Hicksville, NY 11802** | **Landlord - Marietta, GA** | | **55,444.74** |

B4 (Official Form 4) (12/07) - Cont.

In re **Color Spectrum Network, Inc.** _____    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MEAD<br>Post Office Box 403102<br>Atlanta, GA 30384 | MEAD<br>Post Office Box 403102<br>Atlanta, GA 30384 | Trade Debt - paper | | 228,087.49 |
| Pacesetter Graphic Service<br>Post Office Box 499<br>Acworth, GA 30101 | Pacesetter Graphic Service<br>Post Office Box 499<br>Acworth, GA 30101 | Trade Debt - Printing Supplies | | 18,976.91 |
| Paper Works Industries, Inc.<br>3573 Solutions Center<br>Chicago, IL 60677 | Paper Works Industries, Inc.<br>3573 Solutions Center<br>Chicago, IL 60677 | Trade Debt - Paper Goods | | 124,061.33 |
| Precision Corr, LLC<br>Post Office Box 13<br>Monroe, GA 30655 | Precision Corr, LLC<br>Post Office Box 13<br>Monroe, GA 30655 | Trade Debt - boxes used for shipping | | 31,892.10 |
| Rock-Tenn Paperboard<br>Post Office Box 102064<br>Atlanta, GA 30368 | Rock-Tenn Paperboard<br>Post Office Box 102064<br>Atlanta, GA 30368 | Trade Debt - paper | | 636,152.90 |
| Sensomatic Electronics Corporation<br>LOckbox 223670<br>500 Ross Street 154-0460<br>Pittsburgh, PA 15251 | Sensomatic Electronics Corporation<br>LOckbox 223670<br>500 Ross Street 154-0460<br>Pittsburgh, PA 15251 | Security Tags for boxes | | 885,108.00 |
| Todd County Pallet, LLC<br>470 Old Railroad Lane<br>Elkton, KY 42220 | Todd County Pallet, LLC<br>470 Old Railroad Lane<br>Elkton, KY 42220 | Trade Debt - Pallets for Shipping | | 25,526.50 |
| Xerox Capital Services, LLC<br>Post Office Box 827598<br>Philadelphia, PA 19182 | Xerox Capital Services, LLC<br>Post Office Box 827598<br>Philadelphia, PA 19182 | Trade Debt - lease on digital printer | | 20,702.08 |
| Zions First National Bank<br>1 S. Main Street<br>#500<br>Salt Lake City, UT 84133 | Zions First National Bank<br>1 S. Main Street<br>#500<br>Salt Lake City, UT 84133 | Unsecured Bank Loan | | 223,633.49 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 29, 2011** _____    Signature  **/s/ Gilbert Bonilla** _____
                                                    **Gilbert Bonilla**
                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Color Spectrum Network, Inc.
180 N. Glendora Avenue
Suite 203
Glendora, CA 91741


Andrew Goodman
GOODMAN FAITH, LLP
21550 Oxnard Street
Suite 830
Woodland Hills, CA 91367


Aaron McKown
Bryan Cave
3161 Michelson Drive
Suite 1500
Irvine, CA 92612


Aetna
Post Office Box 0854
Carol Stream, IL 60132


Aetna
151 Farmington Ave.
Hartford, CT 06156


American Business Bank
523 West Sixt Street
Suite 900
Los Angeles, CA 90014


American Pringint Ink
4745 Adams Road
Hixson, TN 37343


American Printing Ink
Post Office Box 1085
Hixson, TN 37343

```
AR Funding
Post Office Box 16253
Greenville, SC 29606


Atlanta Box & Packaging Source, Inc
1819 Lower Roswell Raod
Marietta, GA 30068


Atlas Die, LLC
6037 Collection Center Drive
Chicago, IL 60693


Bobst Group
Post Office Box 532986
Atlanta, GA 30353


City Hall - Tax Dept.
205 Lawrence St.
Marietta, GA 30060


City of Marietta Tax Department
Post Office Box 609
Marietta, GA 30061


Coatings & Adhesives Corporation
Post Office Box 1080
Leland, NC 28451


Coatings & Adhesives Corporation
1901 Popular St., NE
Leland, NC 28451
```

Cobb County Tax Commissioner
Post Office Box 100127
Marietta, GA 30061


Cobb County Tax Commissioner
100 Cherokee St.
Marietta, GA 30090


Cobb EMC
Post Office Box 369
Marietta, GA 30061


DynaSis
1100 Old Ellis Road
Suite 300
Roswell, GA 30076


Fastpak Systems, Inc.
1450 Williams Drive
Marietta, GA 30066


Fujifilm Graphic Systems
Depr AT 952142
Atlanta, GA 31192


Impact Alliance
210 Curie Drive
Alpharetta, GA 30005


KBA North America, Inc.
Post Office Box 619006
Dallas, TX 75261

```
Landsberg
Post Office Box 201813
Dallas, TX 75320


Landsberg
4151 Highway 121
Grapevine, TX 76051


Lindenmeyer Munroe
Post Office Box 32201
Hartford, CT 06150


LIT Industrial Limited Partnership
Post Office Box 6108
Hicksville, NY 11802


MarquipWard United
25238 Network Place
Chicago, IL 60673


MEAD
Post Office Box 403102
Atlanta, GA 30384


MEAD
1040 W. Marietta St., NW
Atlanta, GA 30318


Pacesetter Graphic Service
Post Office Box 499
Acworth, GA 30101
```

```
Pacesetter Graphic Service
2672 Hickory Grove Rd
Acworth, GA 30101


Paper Works Industries, Inc.
3573 Solutions Center
Chicago, IL 60677


Precision Corr LLC
1390 Business Center Dr. SW
Conyers, GA 30094-6600


Precision Corr, LLC
Post Office Box 13
Monroe, GA 30655


Rock-Tenn Company
504 Thrasher St.
Norcross, GA 30071


Rock-Tenn Paperboard
Post Office Box 102064
Atlanta, GA 30368


Sensomatic Electronics Corporation
LOckbox 223670
500 Ross Street 154-0460
Pittsburgh, PA 15251


Shaheen & Company
3625 CUmberland Boulevard
Suite 250
```

```
Todd County Pallet, LLC
470 Old Railroad Lane
Elkton, KY 42220


Toyo-Ink America, LLC
Post Office Box 94006
Chicago, IL 60690


Universal Engraving, Inc.
Post Office Box 15090
Lenexa, KS 66285


Xerox Capital Services, LLC
Post Office Box 827598
Philadelphia, PA 19182


Zions First National Bank
1 S. Main Street
#500
Salt Lake City, UT 84133
```